**FOREMOST IN PACKAGING SYSTEMS, INC. (doing business as EnviroCooler), Plaintiff–Appellant,**

v.

**COLD CHAIN TECHNOLOGIES, INC., Defendant–Appellee.**

No. 2007–1116.

United States Court of Appeals, Federal Circuit.

Aug. 8, 2007.

James C. Brooks, Orrick, Herrington & Sutcliffe LLP, of Los Angeles, CA, argued for plaintiff-appellant. With him on the brief were Hope E. Melville and Mark J. Shean, of Irvine, CA.

Edward R. Schwartz, Christie, Parker & Hale, LLP, of Pasadena, CA, argued for defendant-appellee.

Before RADER, SCHALL and LINN, Circuit Judges.

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

*AFFIRMED.* *See* Fed. Cir. R. 36.